**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON STERLING WILSON,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>A. HEDGPETH, WARDEN,<br><br>　　　　　Respondent. | CASE NO. CV 08-03208 JVS (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of BRANDON STERLING WILSON, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 19, 2010

_[signature]_

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE